# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:09-CV-43-RLV-DCK

| | |
|---|---|
| COLONIAL TRADING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BASSETT FURNITURE INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Discovery Pending Resolution Of Defendant's Motion For Judgment On The Pleadings" (Document No. 12) filed July 1, 2009. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, and noting consent of Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Discovery Pending Resolution Of Defendant's Motion For Judgment On The Pleadings" (Document No. 12) is **GRANTED**.

**IT IS HEREBY ORDERED** that, all Discovery, including the Rule 26(f) Conference, is stayed pending the resolution of the Defendant's Motion for Judgment on the Pleadings.

Signed: July 2, 2009

_____
David C. Keesler
United States Magistrate Judge