# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

Case Number: 5:09CV43

FILED
STATESVILLE, N.C.

JUL 23 2012

U.S. District Court
Western District of N.C.

COLONIAL TRADING, LLC,  )
)
    Plaintiff,  )
Vs.  )     **ORDER**
)
BASSETT FURNITURE  )
INDUSTRIES, INC.,  )
)
    Defendant.  )
)

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 23rd day of July, 2012.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE