UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case Number: 5:09CV43

| | |
|---|---|
| COLONIAL TRADING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| ) | |
| BASSETT FURNITURE ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

FILED
STATESVILLE, N.C.
JUL 23 2012
U.S. District Court
Western District of N.C.

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 23rd day of July, 2012.

/s/ Richard L. Voorhees
RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE