# United States District Court
# For The Western District of North Carolina
# Statesville Division

COLONIAL TRADING, LLC,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                             5:09CV43

BASSETT FURNITURE
INDUSTRIES, INC.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 5, 2012 Order Directing Entry Of Final Judgment.

                                        Signed: October 5, 2012

                                        *Frank G. Johns*

                                        Frank G. Johns, Clerk
                                        United States District Court