IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 5:09-CV-00043-RLV-DCK

COLONIAL TRADING LLC,

    Plaintiff,

v.

BASSETT FURNITURE INDUSTRIES, INC.,

    Defendant.

ORDER ON
MOTION TO FIX AMOUNT OF
SUPERSEDEAS BOND

**THIS MATTER** is before the Court on Defendant Bassett Furniture Industries, Inc.'s Motion to Fix Amount of Supersedeas Bond (Document # 117). After considering the Motion and Plaintiff's Response, the Court finds that the supersedeas bond should be set in the amount of $<u>1,583,975.63.</u>

**IT IS THEREFORE ORDERED** that the amount of the supersedeas bond to be posted by Bassett Furniture Industries, Inc. in connection with any appeal shall be $<u>1,583,975.63.</u>

This the 11th day of October, 2012

_____
UNITED STATES DISTRICT JUDGE