IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:09CV43-V

| | |
|---|---|
| COLONIAL TRADING, LLC,<br>    Plaintiff,<br><br>v.<br><br>BASSETT FURNITURE INDUSTRIES, INC.,<br>    Defendants. | O R D E R |

**THIS MATTER** is before the Court on Defendant Bassett Furniture Industries, Inc.'s ("Bassett's") Unopposed Motion to Approve Supersedeas Bond. After considering the motion, the Court finds that the Supersedeas Bond should be approved, and enforcement of the judgment in this action should therefore be automatically stayed through disposition of Bassett's pending appeal to the United States Court of Appeals for the Fourth Circuit.

**IT IS THEREFORE ORDERED** that the Supersedeas Bond is hereby **APPROVED** and enforcement of the judgment in this action is therefore automatically **STAYED** through disposition of Bassett's appeal to the Fourth Circuit.

Signed: October 19, 2012

Richard L. Voorhees
United States District Judge